THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JUDAH BLEIMAN,. Appellant.

(Submitted March 28, 1932; decided March 29, 1932.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for motion.

*Charles M. Joseph,* opposed.

Motion granted.